C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| DAUGHTRIDGE, RONALD LOUIS   xxx-xx-0721 | ) | |
| 208 BROOKVIEW CIR | ) | No:   12-11594   C-13G |
| JAMESTOWN, NC 27282 | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed January 11, 2013.  Selene Finance, LP is being paid as a secured continuing long term debt claimant through the disbursements by the Trustee on a deed of trust against real property.  The current regular monthly payment being disbursed on the account is in the amount of $1,217.38.  On January 7, 2015 Selene Finance, LP filed a Notice of Mortgage Payment Change on the mortgage account with last four digits 4593 stating an increase in the monthly mortgage payment to $1,369.58 per month effective with the payment for February 1, 2015.  The Trustee is informed and believes based on a review of the Notice of Mortgage Payment Change that the Notice of Mortgage Payment Change is an attempt to collect pre-petition escrow shortage and current escrow delinquency included in the current regular monthly payment which is included in the arrearage claim on record in the name of Selene Finance, LP.  The Trustee recommends that an Order be entered disallowing the Notice of Mortgage Payment Change filed January 7, 2015 in the name of Selene Finance, LP in the amount of $1,369.58.  The Trustee further recommends that an Order be entered continuing the current monthly mortgage payment being disbursed on the account with Selene Finance, LP in the amount of $1,217.38 per month.

Date:  February 25, 2015                                                                                s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                             Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   April 8, 2015   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on   April 14, 2015   at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **February 27, 2015**                                                                              OFFICE OF THE CLERK
                                                                                                                            U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
12-11594 C-13G

| | |
|---|---|
| ANITA JO KINLAW TROXLER<br>STANDING TRUSTEE<br>PO BOX 1720<br>GREENSBORO NC 27401-1720 | MATTHEW ZACHARY PHELAN Esq.<br>SHAPIRO & INGLE<br>10130 PERIMETER PKWY STE 400<br>CHARLOTTE NC 28216 |
| RONALD LOUIS DAUGHTRIDGE<br>208 BROOKVIEW CIR<br>JAMESTOWN, NC 27282 | SELENE FINANCE LP<br>9990 RICHMOND AVE STE 400S<br>HOUSTON TX 70042 |
| JAMES L TENNANT ESQ<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC 27263 | ATTN MANAGING AGENT **(Not on Matrix)**<br>SELENE FINANCE LP<br>9990 RICHMOND AVE STE 400S<br>HOUSTON TX 70042 |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF CENTRAL OPERATIONS<br>1500 WOODLAWN DR<br>BALTIMORE, MD 21241 | |